District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JOSE SOCORRO CHIPRES MADRIZ, | CASE NO. 3:22-cv-05796-TMC |
|---|---|
| Plaintiff, | ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF BRIEFING DEADLINES RE DEFENDANT EC COMPANY'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA and EC COMPANY, | |
| Defendants. | |

The Court, having reviewed the pleadings and materials in this case, it is hereby **ORDERED THAT:**

Defendant United States of America's Unopposed Motion is GRANTED. The briefing schedule for Defendant EC Company's Motion for Summary Judgment (ECF No. 41) is as follows:

| **Deadline** | **Date** |
|---|---|
| **Opposition Papers** to EC Company's Motion for Summary Judgment (ECF No. 41) | August 5, 2024 |
| **Reply Papers** to EC Company's Motion for Summary Judgment (ECF No. 41) | August 19, 2024 |

ORDER GRANTING UNITED STATES' UNOPPOSED MOTION
FOR EXTENSION OF BRIEFING DEADLINES RE DEF. EC
COMPANY'S MOT. FOR SUMMARY JUDGMENT
[Case No. 3:22-cv-05796-TMC] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

2  DATED this  19th  day of  July , 2024.

3

4

5  TIFFANY M. CARTWRIGHT
   United States District Judge

ORDER GRANTING UNITED STATES' UNOPPOSED MOTION
FOR EXTENSION OF BRIEFING DEADLINES RE DEF. EC
COMPANY'S MOT. FOR SUMMARY JUDGMENT
[Case No. 3:22-cv-05796-TMC] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970